1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    JOSE ARTEAGA,                        No.  2:25-cv-1303 CSK P

10              Plaintiff,

11        v.                              ORDER

12   R. DECKER, et al.,

13              Defendants.

14

15        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

16   42 U.S.C. § 1983.  On October 1, 2025, plaintiff filed a request for summons.  (ECF No. 10.)

17   However, plaintiff did not sign his request.  Parties proceeding without counsel are required to

18   sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P.

19   11(a).  Thus, the Court is unable to consider plaintiff's request unless he signs and re-files the

20   request.  Accordingly, plaintiff is provided an opportunity to re-file his request bearing his

21   signature.

22        In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the

23   date of this order, plaintiff shall re-file a signed request.  Plaintiff's failure to comply with this

24   order will result in an order striking the unsigned request (ECF No. 10).

25   Dated:  October 14, 2025

26

27
                                         CHI SOO KIM
                                         UNITED STATES MAGISTRATE JUDGE
28   /1/arte1303.r11

1