UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTEAGA, | No. 2:25-cv-1303 CSK P |
| Plaintiff, | |
| v. | ORDER |
| R. DECKER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 1, 2025, plaintiff filed an unsigned request for summons.  (ECF No. 10.)  On October 14, 2025, plaintiff was granted thirty days to renew his request bearing his signature.  (ECF No. 11.)  Thirty days have passed, and plaintiff has not re-filed his request.[1]

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to strike plaintiff's unsigned request for issuance of summons (ECF No. 10).

Dated:  November 25, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/arte1303.str

---

[1] Subsequently, on November 6, 2025, the Court ordered service on defendants, which negates plaintiff's need for summons.  (ECF No. 13.)  Thus, plaintiff's request for summons is now moot.

1