UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTEAGA, Plaintiff, v. R. DECKER, Defendant. | No. 2:25-cv-1303 CSK P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On October 28, 2026, the settlement conference was vacated based on plaintiff's failure to appear in the room. (ECF No. 33.) On November 9, 2026, plaintiff filed a motion for extension of time to submit his settlement conference statement, and claims his failure to appear on October 28, 2026 was not his fault. (ECF No. 34.) It does not appear that plaintiff refused to attend but may have been removed from his cell too late to participate. Therefore, defense counsel is ordered to contact Judge Peterson's courtroom deputy to re-schedule the settlement conference. Plaintiff shall submit his settlement conference statement to Judge Peterson no later than seven days from the re-scheduled settlement conference.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 34) is partially granted.

///

2. The stay of this action is extended through completion of the re-scheduled settlement conference.

3. Within thirty days from the date of this order, defense counsel shall contact Judge Peterson's courtroom deputy to re-schedule a settlement conference.

4. At least seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described in Judge Peterson's April 2, 2026 order, to Judge Peterson. Defendant shall e-mail the settlement conference statement to the settlement judge's proposed orders e-mail address. Plaintiff shall place his settlement conference statement in the U.S. mail addressed to Magistrate Judge Jeremy D. Peterson, United States District Court, 501 I Street, Sacramento, CA 95814. Plaintiff shall mail his settlement conference statement so that it is received by the court at least seven days before the settlement conference.

5. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

6. The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." See L.R. 182(f).

Dated: November 18, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/arte1303.eot.reset